**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GS HOLISTIC, LLC, )
)
Plaintiff ) Civil Case No. 2:23-cv-03571-WHR-MRM
v. )
)
DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE and AHAID MOTAE MOTH AL HAFARY, )
)
Defendants. )
)

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE and AHAID MOTAE MOTH AL HAFARY, and in support thereof states as follows:

1. On October 27, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On January 24, 2024, a copy of the Complaint and Summons was served on DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE, via Corporate Service. *See* Affidavit of Service [DE 8-1].

3. DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE was to have responded to or filed an answer to the Complaint by February 14, 2024, but failed to file anything with this Court.

4. On January 24, 2024, a copy of the Complaint and Summons was served on AHAID MOTAE MOTH AL HAFARY, via Personal Service. *See* Affidavit of Service [DE 8].

5. AHAID MOTAE MOTH AL HAFARY was to have responded to or filed an answer to the Complaint by February 14, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE and AHAID MOTAE MOTH AL HAFARY were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE and AHAID MOTAE MOTH AL HAFARY have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, DELAWARE TOBACCO & VAPE LLC d/b/a DELAWARE TOBACCO & VAPE and AHAID MOTAE MOTH AL HAFARY any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.