**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 2:23-cv-03571 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| Delaware Tobacco & Vape LLC., et al. | : | |
| Defendant. | : | |

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants Delaware Tobacco & Vape, LLC. And Ahaid Montae Moth Al Hafary are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants Delaware Tobacco & Vape, LLC. And Ahaid Montae Moth Al Hafary on this 4th day of March 2024.

Sophia R. Bryant, Deputy Clerk

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*